Form dbtrclm (07/2013)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

In Re:

Gary Stein Peterson and Marcella Ann Bergland

Debtor(s).

Case Number: 18–42029–BDL
Chapter: 13

---

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR OR TRUSTEE

TO: **FCI Lender Services Inc**

The Debtor or Trustee in this case filed a proof of claim in your behalf, pursuant to Fed. R. Bankr. P. 3004.

Dated: September 18, 2018

Mark L. Hatcher
Clerk of the Bankruptcy Court